IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,

    Petitioner,                        No. CIV S-07-2391 FCD EFB P

    vs.

KEN CLARK,

    Respondent.                    ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 22, 2008, petitioner requested leave to file an amended petition together with a motion to appoint counsel.

       There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

       On April 9, 2008, respondent requested an enlargement of time in which to file a responsive pleading.

////

1

Good cause appearing, it is ORDERED that:

1. Petitioner's February 22, 2008, request for the appointment of counsel is denied;

2. Petitioner's February 22, 2008, motion for leave to file an amended petition is granted and petitioner has 30 days from the date this order is served in which to do so; and

3. Respondent's April 9, 2008, request for an enlargement of time is denied as unnecessary in light of the court's order granting petitioner leave to file an amended petition.

Dated:  April 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2