IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,

    Petitioner,                      No. CIV S-07-2391 FCD CHS P

    vs.

KEN CLARK,

    Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, filed a timely notice of appeal of this court's November 12, 2009 order denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,
2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]
3  　　　　　In this case, petitioner failed to make a substantial showing with respect to any of
4  the claims presented.
5  　　　　　Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall
6  not issue in the present action.
7  DATED: December 16, 2009.

　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.

2